**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LISA AUDIT,

    Plaintiff,                                              Case No.: 1:25-cv-15498

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | Yifen-US |
| 2 | YUEJIMEIGUI |
| 3 | SANDJEST |
| 4 | saiyioo |
| 5 | Dance Joy Square Company |
| 6 | Sandjest Gifts |
| 7 | GEEK FIVE |
| 8 | muyuanbaihuothththreereeree |
| 9 | SwiftGroc |
| 10 | NexaAGoods |
| 11 | ZestGrove |
| 12 | BlazeGroc |
| 13 | WonderWarehouseA |
| 14 | CPDDPI |
| 15 | FASSNOW TWEL |
| 16 | Leeshineeefive |
| 17 | LUTERLIN |
| 18 | VivaCrafts |
| 19 | GEEK THIRTEEN |
| 20 | Wufengyin C |
| 21 | Wufengyin E |

1

| 22 | Gustwave |
|---|---|
| 23 | QRZTFZ |
| 24 | ZLXdeSHI |
| 25 | ZLXdeII |
| 26 | lisheng shop two |
| 27 | VerveBox |
| 28 | BKIQKB |
| 29 | snow CL THR |
| 30 | SONWFASS FOUR |
| 31 | VividAHaven |
| 32 | STONEGO A |
| 33 | OpalPeak |
| 34 | yusghop |
| 35 | HUCONGIII |
| 36 | ZanMartina Nail |
| 37 | AIiZP |
| 38 | ghghghd |
| 39 | Mingxin Get Rich |
| 40 | Mingxin Cute |
| 41 | happyying |
| 42 | Mingxin Invincible |
| 43 | Bubble lcx |
| 44 | PPDSU |
| 45 | Yiweiniwan |
| 46 | TREC |
| 47 | RBVF |
| 48 | Gentleman Zone |
| 49 | VTDX |
| 50 | SDUIM G |
| 51 | MBBig Shop local |
| 52 | Wenai Department Shop |
| 53 | Chuliu local |
| 54 | HaoHaoGood local |
| 55 | Xintags local |
| 56 | D Fashion customization factory |
| 57 | WenW Seek Shop |
| 58 | HHH Trendy Hat Commune local |
| 59 | ClgTees |

| 60 | GlobeGoods Tee |
|----|----|
| 61 | Velike me commercial Bank |
| 62 | Love you husband |
| 63 | Sootheoom |
| 64 | CinnaStyle |
| 65 | XMYJHTP |
| 66 | ChangmingLY Trade |
| 67 | Dragon Reappears |
| 68 | OISODLKS |
| 69 | JPJPlove |
| 70 | Li Sister Li |
| 71 | Voulikeme Commercial Bank |
| 72 | LYchangmingTrade |
| 73 | Spring Summer and Autumn T |
| 74 | Rice loves beer |
| 75 | CottonHustle |
| 76 | AycTees |
| 77 | EclipseTeeDen |
| 78 | ChicTrendz |
| 79 | SsnapCUP |
| 80 | BrewLuv CUP |
| 81 | yyttbya |
| 82 | DripDrop cup |
| 83 | lisenlc |
| 84 | TimeSea cup |
| 85 | Manotydesign |
| 86 | Q Yuan local |
| 87 | Fish cup Shop |
| 88 | llzzong Cup |
| 89 | Opulite cup |
| 90 | DRINK ARY |
| 91 | LB Exclusive cuP |
| 92 | LinFengQin |
| 93 | EGUGE |
| 94 | BBevy Cup |
| 95 | GxGxGx |