**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lisa Audit

                              Plaintiff,

v.                                      Case No.:
                                      1:25−cv−15498
                                      Honorable Matthew F.
                                      Kennelly

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 11, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: The minute entry dated 5/20/2026 (dkt. 43) contained typographical errors regarding the status report and status hearing dates and is corrected to read as follows (with changes noted in **bold type**). Telephone status hearing held on 5/20/2026. Counsel for defendants SANDJEST and Sandjest Gifts did not appear on the call before the Court. Defendant No. # 3 SANDJEST's motion for extension of time to respond to plaintiff's first set of discovery request by 5/27/2026 [38] is granted. Defendant Leeshineeefive's motion for extension of time to answer or otherwise respond and, if necessary, to set aside any default or default judgment [40] is granted due to impending settlement with defendant Leeshineeefive. A joint status report regarding the progress of discovery and any settlement discussions is due on **6/15/2026**. The telephone status hearing is set for **6/22/2026** at 8:55 a.m. Counsel for defendants SANDJEST and Sandjest Gifts must appear, failure to do so may result in sanctions. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.