# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LISA AUDIT,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
"A",

      Defendants.

Case No.: 1:25-cv-15498

Judge Matthew F. Kennelly

Magistrate Judge Albert Berry, III

## JOINT NOTICE OF SETTLEMENT

Plaintiff, LISA AUDIT ("Plaintiff") and Defendant Nos. 3 SANDJEST and 6 Sandjest Gifts ("Defendants") hereby jointly notify the Court that they have reached a settlement and the parties are awaiting the final execution of the settlement agreement and payment. Appropriate filings will follow the parties' execution of settlement documents.

Each party is to bear its own attorneys' fees, costs, and expenses.

DATED: June 15, 2026

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

/s/ Jianyin Liu
Jianyin Liu
FL Bar No. 1007675
Law Offices of James Liu PLLC
30 N LaSalle St, Ste 1510
Chicago, Illinois 60602
Telephone: (305) 209-6188
E-mail: jamesliulaw@gmail.com

**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 15, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

/s/ Keith A. Vogt
Keith A. Vogt