**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LISA AUDIT,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
"A",

      Defendants.

Case No.: 1:25-cv-15498

Judge Matthew F. Kennelly

Magistrate Judge Albert Berry, III

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Minute Entry [44], Plaintiff, LISA AUDIT ("Plaintiff"), respectfully submits this status report on the status of the remaining defendants in this action.

Plaintiff and Defendant No. 16 Leeshineeefive previously notified the Court that they had reached a settlement. *See* [41]. Plaintiff is presently working to confirm receipt of the settlement payment. Upon confirmation of payment, Plaintiff will promptly file the appropriate dismissal papers as to Defendant No. 16.

Concurrently with this report, Plaintiff and Defendant Nos. 3 SANDJEST and 6 Sandjest Gifts have filed a Joint Notice of Settlement notifying the Court that they too have reached a settlement. Upon full execution of the parties' settlement terms, Plaintiff will file the appropriate dismissal papers as to Defendant Nos. 3 and 6.

Once the dismissal papers are filed as to the settling defendants, all defendants in this action will have been resolved. The non-appearing defendants were previously defaulted. *See* [31]. Defendant Nos. 3, 6, and 16 are the only remaining defendants in the case, and upon their dismissal, this matter may be closed.

DATED: June 15, 2026            Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 15, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt