**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LISA AUDIT,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:25-cv-15498

Judge Matthew F. Kennelly

Magistrate Judge Albert Berry, III

**[CORRECTED] PLAINTIFF'S STATUS REPORT**

Pursuant to Minute Entry [48], Plaintiff, LISA AUDIT ("Plaintiff") hereby files this status report solely on behalf of Plaintiff.

All of the defendants in this case have either been dismissed, or subject to the Court's default judgment order [31].

Accordingly, no defendants remain in this case, and the case may be terminated at the Court's convenience.

Dated: July 9, 2026

      Respectfully submitted,

      */s/ Keith A. Vogt*
      Keith A. Vogt
      FL Bar No. 1036084/IL Bar No. 6207971
      Keith A. Vogt PLLC
      1820 NE 163rd Street, Suite #306
      North Miami Beach, Florida 33162
      Telephone: 312-971-6752
      E-mail: keith@vogtip.com

      ***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 18, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt