✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.**<br>1:25-cv-15498  **DATE FILED**<br>12/22/25 | United Stated District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Lisa Audit | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | B. Irizarry | 7/10/2026 |

**DISTRIBUTION:**
1) Upon initiation of action,
   mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights
3) Upon termination of action,
   mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Lisa Audit

                         Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                         Defendant.

Case No.:
1:25−cv−15498

Honorable Matthew F.
Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 9, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the joint status report filed on 7/9/2026 [51], this case is dismissed due to all defendants having been disposed of by judgment or settlement. All hearing and deadline dates set before this Court are stricken. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.



A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ B. IRIZARRY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
July 10, 2026

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-419

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Under the Sun I |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | November 01, 2011 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Lisa Audit |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lisa Audit |
| | Roaring Brook Art, 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |
| **Address:** | P.O. Box 236 |
| | Manchester, VT 05254 United States |

## Certification

Page 1 of 2

